CERTIFIED TRANSCRIPT OF BIRTH

# STATE OF NEW YORK

### DEPARTMENT OF HEALTH



*L8222528*

FULL NAME OF CHILD: Diego Alfredo Ruano Oliva

SEX: Male

DATE OF BIRTH: 12/26/2021

TIME OF BIRTH: 04:26 [ ] A.M. [ ✓] P.M.

PLACE OF BIRTH: Mineola , NEW YORK

MAIDEN NAME OF MOTHER: Leyli Roxana Oliva Garcia

NAME OF FATHER: Elvin Ruano Leiva

DATE FILED: 01/12/2022

LOCAL REGISTRATION NO.: 5291

This is to certify that the information concerning the birth of the above named person is a true and accurate transcription of the information recorded on the original local certificate of birth on file with the local registrar of _____ Mineola _____ , New York.
Name of Locality

_____
Signature of Local Registrar

Date _____ 02/18/2022 _____

Do not accept this transcript unless the raised seal of the issuing locality is affixed thereon.

**Any Alteration Invalidates This Certificate**
**See Reverse Side For A List of Security Features Used In This Form**

DOH-2673 (9/2002)