

**Diego A. Ruano Oliva** Fecha de nacimiento: 12/26/2021

📅 7/14/2023  📍 NYU Langone Hospital Long Island – Ambulatory Surgery Unit  📞 516-663-2995

---

# Instrucciones



### Discharge Instructions

Please keep ear dry for 48 hours, after which you can allow warm water to run over the incision
Follow up in 1 week
Tylenol and motrin for pain
Please call office if there is significant swelling, bleeding, purulent discharge, ear discoloration

### Sus medicamentos han cambiado

➡️ EMPIECE a tomar:
**acetaminophen (TYLENOL)**

**Revise su lista de medicamentos actualizada abajo.**

---

# Sus próximos pasos

 **Hacer**

☐ Recoja estos medicamentos en CVS/pharmacy #0992 403 ATLANTIC AVENUE, FREEPORT, NY 11520 516-378-9720 516-378-0710
   • acetaminophen

 **Leer**

☐ Lea estos archivos adjuntos
   • Incision, Caring for Your Child's (Spanish)

 **Ir**

SEPT
**19**    **Follow Up Appointment** 2:00 PM
         Angela M Webb, MD
         NYU Langone Children's Ambulatory Care Center - Mineola
         120 Mineola Boulevard
         Suite 210
         Mineola NY 11501-1502
         516-663-4600

Arrive 15 minutes prior to appointment.

---

# ¿Qué sigue?

**Realice un seguimiento con Zahrah Taufique, MD despues de 1 semana(s)**
Especialidad: Otolaryngology, Pediatric

134 Mineola Blvd
MINEOLA NY 11501
516-294-9363

| SEPT 19 | **Follow Up Appointment con Angela M Webb, MD**<br>martes sept 19, 2023 2:00 PM<br>Arrive 15 minutes prior to appointment. | NYU Langone Children's Ambulatory Care Center - Mineola<br>120 Mineola Boulevard<br>Suite 210<br>Mineola NY 11501-1502<br>516-663-4600 |
| --- | --- | --- |

# Lista de medicamentos

(i) Para la privacidad de su hijo, los medicamentos que el médico de su hijo marcó como privados no se incluyen en esta lista. Este mensaje aparece incluso si la lista está completa.

| | Por la mañana | Por la tarde | Por la noche | Al acostarse | Según sea necesario |
|---|---|---|---|---|---|
| **acetaminophen** 160 mg/5 mL suspension<br>Última administración: Pregunte a su personal médico<br>También conocido como: TYLENOL<br>Take 3.6 mL by mouth every 6 hours as needed for Mild pain (1-3) or Moderate pain (4-6).<br>Autorizado por: Zahrah Taufique, MD | | | | | |
| * **albuterol** 2.5 mg /3 mL (0.083 %) nebulizer solution<br>También conocido como: PROVENTIL<br>Take 3 mL by nebulization every 4 hours as needed for Wheezing for up to 5 days.<br>Autorizado por: Angela M Webb, MD | | | | | |
| * **albuterol** 2.5 mg /3 mL (0.083 %) nebulizer solution<br>También conocido como: PROVENTIL<br>Take 3 mL by nebulization every 4 hours as needed for Wheezing.<br>Autorizado por: Angela M Webb, MD | | | | | |
| * **budesonide** 0.5 mg/2 mL nebulizer suspension<br>También conocido como: PULMICORT<br>Take 2 mL by nebulization daily.<br>Autorizado por: Lily Rubin, DO | | | | | |
| * **budesonide** 0.5 mg/2 mL nebulizer suspension<br>También conocido como: PULMICORT<br>Take 2 mL by nebulization 2 (two) times a day.<br>Autorizado por: Angela M Webb, MD | | | | | |
| **ibuprofen** 100 mg/5 mL suspension<br>También conocido como: ADVIL;MOTRIN<br>Take 100 mg by mouth. | | | | | |

⚠ * Esta lista contiene medicamentos que son iguales a otros medicamentos recetados para usted. Lea las instrucciones con cuidado y pida a su personal médico que revise la lista de medicamentos y las instrucciones correspondientes con usted.

# Dónde recoger sus medicamentos

 **Recoja estos medicamentos en CVS/pharmacy #0992 403 ATLANTIC AVENUE, FREEPORT, NY 11520 516-378-9720 516-378-0710**

acetaminophen

| | |
|---|---|
| Dirección: | 403 ATLANTIC AVENUE, FREEPORT NY 11520 |
| Teléfono: | 516-378-9720 |

# NYU Langone Health App & MyChart

**MyChart en NYU Langone le permite enviar un mensaje seguro al consultorio de su médico, ver los resultados de sus pruebas, renovar recetas médicas, programar consultas, realizar pagos y más. Para ver su cuenta, ingrese a https://mychart.nyulmc.org.**

## Cómo cuidar la incisión de su hijo

Será necesario que usted ayude a cuidar la incisión de su hijo después de una operación y ciertos procedimientos médicos. El proveedor de atención médica de su hijo cerró la incisión con puntos (suturas), tiras especiales de cinta quirúrgica (Steri-Strips), grapas quirúrgicas o pegamento quirúrgico de piel. Siga los consejos de esta hoja para ayudar a detener el sangrado, acelerar la curación y prevenir una infección en la incisión de su hijo.

## Tipos de cierres de la incisión



Suturas  Tiras Steri-Strip  Grapas

- **Los puntos quirúrgicos (suturas).** Se aplican cosiendo los bordes de una incisión entre sí con hilo quirúrgico. Estos puntos pueden ser absorbibles o no absorbibles. Las absorbibles se desintegran en el cuerpo con el paso del tiempo. El proveedor de atención médica tiene que quitar los puntos no absorbibles.
- **Cinta quirúrgica (tiras steri-strip).** Están hechas de un material pegajoso (adhesivo) que ayuda a mantener unidos los bordes de una incisión.
- **Las grapas quirúrgicas.** Están hechas de acero o titanio. Generalmente, se las utiliza para cerrar incisiones de poca profundidad. Estas grapas no se usan en ciertas partes del cuerpo, tales como la cara y las manos. Esto se debe a que estas zonas tienen nervios cerca de la superficie.
- **El pegamento de piel.** Es un líquido especial que forma una unión fuerte entre los tejidos de una incisión o un corte (laceración). El pegamento de piel se usa para cerrar cortes o incisiones menores. Evita que la humedad y las bacterias entren en el corte o la incisión.

## Cuidados en el hogar

- Lávese siempre las manos antes de tocar la incisión de su hijo.
- Mantenga la incisión de su hijo limpia, seca y alejada del agua. Si el niño es mayor, dígale que mantenga la incisión fuera del agua.
- Indíquele a su hijo que no se quite las costras. Estas ayudan a proteger la herida.
- Es recomendable que su hijo tome baños de esponja para evitar que la incisión se moje, a menos que su proveedor de atención médica le dé instrucciones distintas. Se puede lavar la zona alrededor de la incisión. Sin embargo, no se debe aplicar agua directamente sobre la incisión.
- Seque la zona de los puntos si se moja. No restriegue.

- Inspeccione la zona de la incisión todos los días para detectar dolor, enrojecimiento, secreción, hinchazón ó separación de los bordes del corte.
- Si su hijo tiene un vendaje sobre la incisión, déjela en su lugar hasta que le indiquen quitarlo o cambiarlo. Con las manos limpias, cambie el vendaje siguiendo las indicaciones del proveedor de atención médica de su hijo. Lávese siempre las manos antes de cambiar el vendaje de su hijo.
- Asegúrese de que la ropa que entra en contacto con la incisión sea suelta, para evitar rozaduras. Si la incisión está en la cabeza, evite que su hijo se la cubra con gorras u otras prendas que pudiesen rozar la incisión.
- No deje que su hijo participe en juegos bruscos, deportes de contacto o actividades físicas, ya que si lo hace puede correr el riesgo de que se le abra la incisión.
- Asegúrese de que su hijo evite hacer actividades que podrían llevar a que suciedad o sudor entren en la incisión o la cubran.
- A medida que cicatriza la incisión de su hijo, es posible que la piel tome una coloración rosada o roja. También es posible que parezca ligeramente abultada o elevada al tacto. A esto se le llama cresta de cicatrización. Con el tiempo, el color debería desaparecer y la elevación de la piel se notará menos.

## Cuidado para cada cierre específico

Siga esta guía a menos que el proveedor de atención médica de su hijo le dé otras instrucciones:

- **Suturas o grapas.** Una vez que ya no sea necesario mantenerlas secas, limpie la incisión o herida de su hijo todos los días. Primero quite el vendaje con las manos limpias. Luego, lave la zona suavemente con agua tibia y jabón. Use un hisopo de algodón humedecido para aflojar y quitar la sangre o la costra que se forma. Después de limpiar, aplique una capa fina de pomada con antibiótico. Luego coloque un vendaje nuevo.
- **Pegamento de piel.** No coloque líquidos, pomadas ni cremas sobre la incisión o herida de su hijo mientras el pegamento esté en su lugar. Evite las actividades que provocan mucho sudor. Proteja la incisión o herida de la luz solar. No rasque, frote ni toque la zona con pegamento. No coloque cinta directamente sobre el pegamento. El pegamento quirúrgico debe caerse por sí solo en cinco a diez días.
- **Cinta quirúrgica.** Mantenga seca la incisión o la herida de su hijo. Si se moja, séquela con una toalla limpia sin frotarla. La cinta quirúrgica suele caerse dentro de los siete a diez días. Si no se ha caído pasados los 10 días, comuníquese con el proveedor de atención médica de su hijo antes de quitarla usted mismo. Si le indican que debe quitarla, coloque aceite mineral o vaselina en una bola de algodón y frote suavemente la cinta hasta que se desprenda.

## Visitas de control

Asista a las visitas de control con el proveedor de atención médica de su hijo para consultarle durante cuánto tiempo debe permanecer con la sutura o las grapas. Regrese para que le quiten la sutura o las grapas. Si se utilizaron puntos solubles, no será necesario quitarlos. Por lo general, los puntos se caen o se disuelven solos.

Si se utilizaron cintas, puede quitárselas usted mismo cuando el proveedor de atención médica de su hijo se lo indique, en caso de que todavía no se hubiesen desprendido solas. Si se utilizó pegamento para piel para cerrar la incisión de su hijo, el pegamento se eliminará solo.

## Cuándo llamar a su proveedor de atención médica

Consulte inmediatamente con el proveedor de atención médica de su hijo si el niño presenta cualquiera de los siguientes síntomas:

- Más dolor, enrojecimiento, hinchazón, sangrado o supuración con mal olor alrededor de la zona de la incisión
- Fiebre de 100.4 °F (38 °C) o más alta, o según le indique el proveedor de atención médica de su hijo.
- Escalofríos con temblores
- Vómitos o náuseas persistentes
- Entumecimiento, frío u hormigueo alrededor de la incisión o cambios del color de la piel
- Abertura de las suturas o herida
- Caída de las suturas o las grapas o la cinta quirúrgica antes de los 7 días, o según las indicaciones de su proveedor de atención médica

© The StayWell Company, LLC. 800 Township Line Road, Yardley, PA 19067. Todos los derechos reservados. Esta información no pretende sustituir la atención médica profesional. Sólo su médico puede diagnosticar y tratar un problema de salud. Esta información ha sido modificada por su proveedor de atención médica con la debida autorización de los editores.

# Post Sedation Instructions

## After Procedural Sedation or General Anesthesia:
## Caring for Your Child at Home

Today your child had special medicine (sedation or anesthesia) to sleep during a medical procedure or surgery. At home, your child may still be drowsy or sleepy. Here are some ways you can support your child after procedural sedation or anesthesia:

## 1. Procedural Sedation or Anesthesia takes some time to fully wear off. For your child's safety, for the first 24 hours please:

- Make sure an adult watches (supervises) your child at all times. This is especially important when your child gets up and walks around. Your child should also be checked frequently while sleeping.
- Check your child often while they are sleeping to make sure they are not having breathing problems.
- Do not leave your child alone in a car seat. If your child does fall asleep in a car seat, make sure an adult watches your child at all times to make sure he or she does not have breathing problems.
- Make sure your child avoids hard (strenuous) activities such as running, jumping, swimming and playing sports.
- Make sure your child avoids activities that require physical skill (coordination) such as biking, climbing and playing on swings or a jungle gym.
- Support your child with quiet activities such as reading or drawing. Rest is healing.

## 2. Feed your child lightly today.

- Make sure your child is alert and wide awake before eating or drinking.
- Give your child small meals throughout the day. This will help prevent a sick stomach (nausea) and throwing up (vomiting).
- Give your child lots of liquids. Sedation and anesthesia can cause dryness.
- Start by giving your child clear liquids such as water or apple juice. Slowly increase foods until your child is eating a regular diet.

## 3. Go to the nearest Emergency Department if your child:

- Has trouble breathing.
- Has trouble peeing (urinating) or is unable to pee for 8 hours after going home from the hospital.
- Feels weak and dizzy.
- Has a lot of bleeding/drainage at the surgical incision (site).

## 4. Call your child's surgeon if your child:

- Is in pain and the pain medication (prescribed by the surgeon) is not helping.
- Is nauseous or vomiting and these symptoms do not go away.
- Is unable to eat or drink.
- Is very sleepy (drowsy) or hard to wake up.
- Has a fever over 101° F.

**If you have concerns outside of regular office hours (9am-5pm), please call your child's surgeon and leave a message with the answering service. A doctor will call you back.**

**If you have any questions about this information, please a member of the team. We are here to help.**

Created in partnership with families and expertise from our Sala Institute for Child and Family Centered Care

© 2000-2023. The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions. This information has been modified by your health care provider with permission from the publisher.

**My Numbers:**
If your A1C is higher than 7 percent, please talk to your doctor about going over your diabetes treatment plan.

| A1C | No results found for: "HGBA1C" |
| --- | --- |

# Resultados Críticos Las últimas 24 Horas
**\*\* No results found for the last 72 hours. \*\***

# Access to Clinical Notes and Test Results
Acceso a las Notas Clínicas y a los Resultados de las Pruebas

En NYU Langone Health, creemos que compartir información ayuda a los pacientes a desempeñar un papel activo en su salud. A favor de eso, las notas clínicas y los resultados de las pruebas están disponibles para los pacientes en MyChart y en la NYU Langone Health App, ni bien estén disponibles. Esto es en concordancia con la 21st Century Cures Act, que busca darle a los pacientes y a sus proveedores de salud el acceso seguro a la información de salud. (www.healthit.gov/curesrule)

Esto significa que un paciente puede ver los resultados de las pruebas antes que su proveedor de atención médica. Si efectivamente accede a los resultados de sus estudios de inmediato, tenga en cuenta que puede ser difícil interpretar algunos resultados sin la guía de un médico. Todos los resultados serán revisados por los miembros de su equipo de atención. Seguirán haciendo un seguimiento y respondiendo a sus preguntas como lo han hecho en el pasado.

# Pruebas sin los resultados
**Ninguno/a**

# Vacunas
Administradas en esta admisión:
None

# Alergias
A partir del: 7/14/2023
No tiene alergias conocidas

**Si considera que parte de la información incluida en este resumen es incorrecta, hable con su proveedor de atención médica.**

# Información Sobre la Seguridad del Medicamento
Es importante llevar un registro actualizado de los medicamentos que toma, y asistir con esta lista de medicamentos actualizada cada vez que visite a su proveedor de atención médica y cuando asista al hospital. Queremos ayudarlo a administrar sus medicamentos de manera segura después de su visita o alta hospitalaria. Esto incluye los posibles efectos secundarios de sus medicamentos. Si tiene alguna pregunta acerca de los medicamentos que toma, comuníquese con su proveedor de atención médica o con su farmacéutico.

# Cómo buscar un médico en NYU Langone Health

Como uno de los principales centros médicos académicos de la nación, NYU Langone Health se dedica a la excelencia en la atención a pacientes, la educación y la investigación. Nos enorgullece que nuestro equipo de atención esté conformado por los especialistas más destacados para cada afección.

Si necesita ayuda para buscar un médico o un servicio, visite nuestro sitio web en https://nyulangone.org/doctors.

Para comunicarse con nosotros por teléfono, llame a estos números:
NYU Langone Physician Referral Services: (855) 314-2978
NYU Langone Orthopedic Hospital: (888) 453-3627
Family Health Centers en NYU Langone: (718) 630-7942

Los recursos adicionales incluyen los siguientes:

National Suicide Prevention Hotline (Línea directa nacional de prevención del suicidio): **988 or chat 988lifeline.org**
NYC Suicide Hotline (Línea directa sobre suicidio de la Ciudad de Nueva York):   **(888) 692-9355**

# ¿Tiene preguntas sobre sus facturas?

Nuestro médico y los representantes del Servicio al Cliente del hospital están disponibles para responder cualquier pregunta sobre la facturación:  https://nyulangone.org/insurance-billing-financial-assistance

Facturación del médico : 1 - 877 – 648 - 2964
Facturación del hospital: 1 - 800 – 237 -6977

# Servicio de Asesoramiento Financiero de NYU

Los asesores financieros para el paciente se encuentran disponibles para analizar cualquier responsabilidad financiera pendiente que no esté cubierta por el seguro. Los asesores financieros pueden ayudarlo a solicitar programas patrocinados por el gobierno o el programa de asistencia financiera de NYU Hospitals Center.

Ubicación:    Skirball Institute lobby, frente al cajero, Tisch Hospital
Horario: de lunes a viernes, de 9:00 a. m. a 5:00 p. m.
Teléfono gratuito: 1-866-486-9847

Los asesores financieros para el paciente se encuentran disponibles para analizar cualquier responsabilidad financiera pendiente que no esté cubierta por el seguro. Los asesores financieros pueden ayudarlo a solicitar programas patrocinados por el gobierno o el programa de asistencia financiera de NYU Langone Hospitals.

Ubicación:    150 55th Street, Suite 2-40m
NYU Langone Hospital—Brooklyn
Horario: de lunes a viernes, de 9:00 a. m. a 5:00 p. m.
Teléfono gratuito: 1-718-630-6525

# ⊞ Patient Belongings

| Flowsheet Row | Most Recent Value |
| --- | --- |
| Assistive device(s) | None |
| Quantity of stored belongings bags | 1 |
| Location of belongings bags | with mom |

# Firmas

Firma del paciente: _____

Fecha: _____    Hora: _____

Firma del clínico que otorga el alta hospitalaria_____Cargo: \_\_\_\_

Nombre del clínico que otorga el alta hospitalaria, en letra de imprenta _____

Fecha: _____    Hora: _____

# AFTER VISIT SUMMARY


**NYU Langone Health**

**Diego A. Ruano Oliva** Date of birth: 12/26/2021
📅 7/14/2023  📍 NYU Langone Hospital Long Island - Ambulatory Surgery Unit  📞 516-663-2995

## Instructions


### Discharge Instructions
Please keep ear dry for 48 hours, after which you can allow warm water to run over the incision
Follow up in 1 week
Tylenol and motrin for pain
Please call office if there is significant swelling, bleeding, purulent discharge, ear discoloration


### Your medications have changed

➡ START taking:
**acetaminophen** (TYLENOL)

**Review your updated medication list below.**

# Your Next Steps

 **Do**

☐ Pick up these medications from CVS/pharmacy #0992 403 ATLANTIC AVENUE, FREEPORT, NY 11520 516-378-9720 516-378-0710
- acetaminophen

 **Read**

☐ Read these attachments
- INCISION, CARING FOR YOUR CHILD'S (ENGLISH)

📍 **Go**

SEP 19 **Follow Up Appointment** 2:00 PM
Angela M Webb, MD
NYU Langone Children's Ambulatory Care Center - Mineola
120 Mineola Boulevard
Suite 210
Mineola NY 11501-1502
516-663-4600

Arrive 15 minutes prior to appointment.

# What's Next

**Follow up with Zahrah Taufique, MD in 1 week(s)**
Specialty: Otolaryngology, Pediatric

134 Mineola Blvd
MINEOLA NY 11501
516-294-9363

| SEP 19 | **Follow Up Appointment with Angela M Webb, MD**<br>Tuesday Sep 19, 2023 2:00 PM<br>Arrive 15 minutes prior to appointment. | NYU Langone Children's Ambulatory Care Center - Mineola<br>120 Mineola Boulevard<br>Suite 210<br>Mineola NY 11501-1502<br>516-663-4600 |

# Medication List

ⓘ For your privacy, any medications your clinician marked as private are not included in this list. This message appears even if the list is complete. If you have any questions about a medication you don't see here, contact your doctor.

| | Morning | Afternoon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|
| **➡ START** **acetaminophen** 160 mg/5 mL suspension<br>Last time this was given: Ask your nurse or doctor<br>Commonly known as: TYLENOL<br>Take 3.6 mL by mouth every 6 hours as needed for Mild pain (1-3) or Moderate pain (4-6).<br>Signed by: Zahrah Taufique, MD | | | | | |
| * **albuterol** 2.5 mg /3 mL (0.083 %) nebulizer solution<br>Commonly known as: PROVENTIL<br>Take 3 mL by nebulization every 4 hours as needed for Wheezing for up to 5 days.<br>Signed by: Angela M Webb, MD | | | | | |
| * **albuterol** 2.5 mg /3 mL (0.083 %) nebulizer solution<br>Commonly known as: PROVENTIL<br>Take 3 mL by nebulization every 4 hours as needed for Wheezing.<br>Signed by: Angela M Webb, MD | | | | | |
| * **budesonide** 0.5 mg/2 mL nebulizer suspension<br>Commonly known as: PULMICORT<br>Take 2 mL by nebulization daily.<br>Signed by: Lily Rubin, DO | | | | | |
| * **budesonide** 0.5 mg/2 mL nebulizer suspension<br>Commonly known as: PULMICORT<br>Take 2 mL by nebulization 2 (two) times a day.<br>Signed by: Angela M Webb, MD | | | | | |
| **ibuprofen** 100 mg/5 mL suspension<br>Commonly known as: ADVIL;MOTRIN<br>Take 100 mg by mouth. | | | | | |

⊕ * **This list has 4 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

# Where to pick up your medications

**Pick up these medications at CVS/pharmacy #0992 403 ATLANTIC AVENUE, FREEPORT, NY 11520 516-378-9720 516-378-0710**

acetaminophen

Address:    403 ATLANTIC AVENUE, FREEPORT NY 11520
Phone:      516-378-9720

# NYU Langone Health App & MyChart

- Download the NYU Langone Health app on the **App Store** or **Google Play** to stay connected to your care anytime and anywhere.
- Sign in with your NYU Langone Health MyChart account username and password.
- You can schedule appointments, view test results, request prescription refills, send secure messages to your providers, have a virtual urgent care visit, and more.

## Caring for Your Child's Incision

You will need to help care for your child's incision after surgery and certain medical procedures. To close an incision, your child's healthcare provider used stitches (sutures), special strips of surgical tape (steri-strips), surgical staples, or surgical skin glue. Follow the tips on this sheet to help stop bleeding, speed healing, and prevent infection of your child's incision.

## Types of incision closures



- **Surgical stitches (sutures).** These are placed by sewing the edges of an incision together with surgical thread. Stitches are either absorbable or non-absorbable. Absorbable stitches break down in the body over time. Non-absorbable stitches need to be removed by the healthcare provider.
- **Surgical tape (steri-strips).** This is is made of sticky (adhesive) material to help hold the edges of an incision together.
- **Surgical staples.** These are made of steel or titanium. They are often used to close shallow incisions. They are not used on certain body areas, such as the face and hands. This is because these areas have nerves that are close to the surface.
- **Skin glue.** This is a special liquid glue that forms a strong bond between the tissues of an incision or cut (laceration). Skin glue is used to close minor incisions or cuts. It keeps moisture and bacteria from getting into the cut or incision.

## Home care

- Always wash your hands before touching your child's incision.
- Keep your child's incision clean, dry, and out of water. Tell an older child to keep the incision out of water.
- Tell your child not to pick at the scabs. Scabs help protect the wound.
- Your child should take a sponge bath to prevent getting the incision wet, unless the healthcare provider tells you otherwise. It's OK to wash around the incision. But don't spray water right on it.
- Pat stitches dry if they get wet. Don't rub.
- Check the incision site daily for pain, redness, drainage, swelling, or separation of the incision edges.
- If your child has a bandage over the incision, leave it in place until you are told to remove it or change it. Using clean hands, change the dressing as directed by your child's healthcare provider. Always wash your hands before changing your child's bandage.
- Make sure any clothing that touches the incision is loose-fitting. This will prevent rubbing. If the incision is on the head, keep your child from wearing caps or other head coverings. These may rub against the incision.

- Keep your child from rough play, contact sports, or physical activities. This can put your child at risk of opening the incision.
- Make sure your child doesn't do things that could let dirt or sweat get in or on the incision.
- As your child's incision heals, the skin may look pink or red. It may also feel slightly bumpy or raised. This is called a healing ridge. Over time, the color should fade and the raised skin will become less noticeable.

## Care for specific closures

Follow these guidelines unless your child's healthcare provider tells you otherwise:

- **Stitches or staples.** Once your child no longer needs to keep these dry, clean the incision or wound daily. First remove the bandage using clean hands. Then wash the area gently with soap and warm water. Use a wet cotton swab to loosen and remove any blood or crust that forms. After cleaning, put a thin layer of antibiotic ointment on. Then put on a new bandage.
- **Skin glue.** Don't put liquid, ointment, or cream on your child's incision or wound while the glue is in place. Don't do activities that cause heavy sweating. Protect the incision or wound from sunlight. Don't scratch, rub, or pick at the glue. Don' t put tape right over the glue. The glue should peel off within 5 to 10 days.
- **Surgical tape.** Keep your child's incision or wound dry. If it gets wet, blot the area dry with a clean towel. Surgical tape usually falls off on its own within 7 to 10 days. If it has not fallen off after 10 days, contact your child's healthcare provider before taking it off yourself. If you are told to remove the tape, put mineral oil or petroleum jelly on a cotton ball. Gently rub the tape until it's removed.

## Follow-up care

Follow up with your child's healthcare provider to ask how long stitches or staples should be left in place. Return to have stitches or staples removed as directed. If dissolving stitches were used, these won't need to be removed. They should fall out or dissolve on their own.

If tape closures were used, remove them yourself when your child's healthcare provider tells you to if they have not fallen off on their own. If skin glue was used to close your child's incision, the glue will wear off by itself.

## When to call your healthcare provider

Call your child's healthcare provider right away if your child has any of these:

- More pain, redness, swelling, bleeding, or foul-smelling discharge around the incision area
- Fever of 100.4°F (38°C) or higher, or as directed by your child's healthcare provider
- Shaking chills
- Vomiting or nausea that doesn't go away
- Numbness, coldness, or tingling around the incision area, or changes in skin color
- Opening of the stitches or wound
- Stitches or staples come apart or fall out or surgical tape falls off before 7 days, or as directed by your healthcare provider

© The StayWell Company, LLC. 800 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions. This information has been modified by your health care provider with permission from the publisher.

# Post Sedation Instructions

## After Procedural Sedation or General Anesthesia:
## Caring for Your Child at Home

Today your child had special medicine (sedation or anesthesia) to sleep during a medical procedure or surgery. At home, your child may still be drowsy or sleepy. Here are some ways you can support your child after procedural sedation or anesthesia:

## 1. Procedural Sedation or Anesthesia takes some time to fully wear off. For your child's safety, for the first 24 hours please:

- Make sure an adult watches (supervises) your child at all times. This is especially important when your child gets up and walks around. Your child should also be checked frequently while sleeping.
- Check your child often while they are sleeping to make sure they are not having breathing problems.
- Do not leave your child alone in a car seat. If your child does fall asleep in a car seat, make sure an adult watches your child at all times to make sure he or she does not have breathing problems.
- Make sure your child avoids hard (strenuous) activities such as running, jumping, swimming and playing sports.
- Make sure your child avoids activities that require physical skill (coordination) such as biking, climbing and playing on swings or a jungle gym.
- Support your child with quiet activities such as reading or drawing. Rest is healing.

## 2. Feed your child lightly today.

- Make sure your child is alert and wide awake before eating or drinking.
- Give your child small meals throughout the day. This will help prevent a sick stomach (nausea) and throwing up (vomiting).
- Give your child lots of liquids. Sedation and anesthesia can cause dryness.
- Start by giving your child clear liquids such as water or apple juice. Slowly increase foods until your child is eating a regular diet.

## 3. Go to the nearest Emergency Department if your child:

- Has trouble breathing.
- Has trouble peeing (urinating) or is unable to pee for 8 hours after going home from the hospital.
- Feels weak and dizzy.

- Has a lot of bleeding/drainage at the surgical incision (site).

## 4. Call your child's surgeon if your child:

- Is in pain and the pain medication (prescribed by the surgeon) is not helping.
- Is nauseous or vomiting and these symptoms do not go away.
- Is unable to eat or drink.
- Is very sleepy (drowsy) or hard to wake up.
- Has a fever over 101° F.

**If you have concerns outside of regular office hours (9am-5pm), please call your child's surgeon and leave a message with the answering service. A doctor will call you back.**

**If you have any questions about this information, please a member of the team. We are here to help.**

Created in partnership with families and expertise from our Sala Institute for Child and Family Centered Care

© 2000-2023. The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions. This information has been modified by your health care provider with permission from the publisher.

**My Numbers:**
If your A1C is higher than 7 percent, please talk to your doctor about going over your diabetes treatment plan.

| A1C | No results found for: "HGBA1C" |
|-----|-------------------------------|

# Critical Results Last 24 Hours
**\*\* No results found for the last 72 hours. \*\***

# Access to Clinical Notes and Test Results

At NYU Langone Health, we believe that sharing information supports patients taking an active role in their health. In support of this, clinical notes and test results are made available to patients in MyChart and the NYU Langone Health App, as soon as they are available. This is in accordance with the 21st Century Cures Act, which is intended to give patients and their healthcare providers secure access to health information. (www.healthit.gov/curesrule)

This means that a patient may see test results before their health care provider does. If you do access your test results right away, please keep in mind that some results may be hard to interpret without guidance from a health care professional. All results will be reviewed by members of your care team. They will continue to follow-up with you as they have done in the past.

# Unresulted Tests
**None**

# Immunizations Administered for This Admission
None

# Allergies as of 7/14/2023
No Known Allergies

**If you feel that any of the information in this summary is inaccurate, please talk with your healthcare provider.**

# Information About Medication Safety
It is important to keep an updated record of the medications you are taking, and to bring this updated list of medications every time you visit your Health Care Provider and when you come to the hospital. We want to help you in managing your medications safely after your visit or discharge. This includes the potential side effects of your medications. If you have any questions regarding the medications you are taking, please speak to your Health Care Provider or Pharmacist.

# Finding a Physician Within NYU Langone Health
As one of the nation's premier academic medical centers, NYU Langone Health is devoted to excellence in patient care, education, and research. We are proud that our care team includes leading specialists for every condition.

Should you need assistance finding a physician or service, please visit us on our website at https://nyulangone.org/doctors.

To reach us by phone:
NYU Langone Physician Referral Services – (855) 314-2978
NYU Langone Orthopedic Hospital – (888) 453-3627
Family Health Centers at NYU Langone – (718) 630-7942

Additional resources include:

If you or someone you know is struggling or in crisis, help is available. Call or text 988 or chat 988lifeline.org
NYC Suicide Hotline – **(888) 692-9355**

# Have questions about your bills?
Our physician and hospital customer service representatives are available to answer any billing questions: https://nyulangone.org/insurance-billing-financial-assistance
Physician Billing: 1 - 877 - 648 - 2964
Hospital Billing: 1 - 800 - 237 - 6977

# NYU Financial Counseling Service

Patient Financial Counselors are available to discuss any outstanding financial responsibilities not covered by insurance. Financial Counselors can assist you in applying for Government-sponsored programs or NYU Hospitals Center's Financial Assistance program.

Location:  Skirball Institute lobby, across from the cashier, Tisch Hospital
Hours:  Monday - Friday, 9:00 AM - 5:00 PM
Toll Free Telephone:  1-866-486-9847

Patient Financial Counselors are available to discuss any outstanding financial responsibilities not covered by insurance. Financial Counselors can assist you in applying for Government-sponsored programs or NYU Langone Hospitals' Financial Assistance program.

Location:  150 55th Street, Suite 2-40
NYU Langone Hospital—Brooklyn
Telephone: 1-718-630-6252

# ⊞ Patient Belongings

| Flowsheet Row | Most Recent Value |
| --- | --- |
| Assistive device(s) | None |
| Quantity of stored belongings bags | 1 |
| Location of belongings bags | with mom |

# Signatures

Patient Signature: _____

Date: _____  Time: _____

Signature of Discharging Clinician _____ Title: _____

Printed Name of Discharging Clinician_____

Date: _____  Time: _____



**Diego A. Ruano Oliva** Fecha de nacimiento: 12/26/2021
📅 7/14/2023  📍 NYU Langone Hospital Long Island - Ambulatory Surgery Unit  📞 516-663-2995

---

# Instrucciones



### Discharge Instructions
Please keep ear dry for 48 hours, after which you can allow warm water to run over the incision
Follow up in 1 week
Tylenol and motrin for pain
Please call office if there is significant swelling, bleeding, purulent discharge, ear discoloration



### Sus medicamentos han cambiado

➡ EMPIECE a tomar:
  **acetaminophen (TYLENOL)**

**Revise su lista de medicamentos actualizada abajo.**

---

# Sus próximos pasos

## 👍 Hacer

☐ Recoja estos medicamentos en CVS/pharmacy #0992 403 ATLANTIC AVENUE, FREEPORT, NY 11520 516-378-9720 516-378-0710
  • acetaminophen

## 📖 Leer

☐ Lea estos archivos adjuntos
  • Incision, Caring for Your Child's (Spanish)

## 📍 Ir

**SEPT 19**  **Follow Up Appointment** 2:00 PM
Angela M Webb, MD
NYU Langone Children's Ambulatory Care Center - Mineola
120 Mineola Boulevard
Suite 210
Mineola NY 11501-1502
516-663-4600

Arrive 15 minutes prior to appointment.

---

# ¿Qué sigue?

**Realice un seguimiento con Zahrah Taufique, MD despues de 1 semana(s)**
Especialidad: Otolaryngology, Pediatric

134 Mineola Blvd
MINEOLA NY 11501
516-294-9363

| SEPT 19 | **Follow Up Appointment con Angela M Webb, MD** martes sept 19, 2023 2:00 PM Arrive 15 minutes prior to appointment. | NYU Langone Children's Ambulatory Care Center - Mineola 120 Mineola Boulevard Suite 210 Mineola NY 11501-1502 516-663-4600 |
|---|---|---|

# Lista de medicamentos

ⓘ Para la privacidad de su hijo, los medicamentos que el médico de su hijo marcó como privados no se incluyen en esta lista. Este mensaje aparece incluso si la lista está completa.

| | Por la mañana | Por la tarde | Por la noche | Al acostarse | Según sea necesario |
|---|---|---|---|---|---|
| ➡ **acetaminophen** 160 mg/5 mL suspension<br>Última administración: Pregunte a su personal médico<br>También conocido como: TYLENOL<br>Take 3.6 mL by mouth every 6 hours as needed for Mild pain (1-3) or Moderate pain (4-6).<br>Autorizado por: Zahrah Taufique, MD | | | | | |
| **\* albuterol** 2.5 mg /3 mL (0.083 %) nebulizer solution<br>También conocido como: PROVENTIL<br>Take 3 mL by nebulization every 4 hours as needed for Wheezing for up to 5 days.<br>Autorizado por: Angela M Webb, MD | | | | | |
| **\* albuterol** 2.5 mg /3 mL (0.083 %) nebulizer solution<br>También conocido como: PROVENTIL<br>Take 3 mL by nebulization every 4 hours as needed for Wheezing.<br>Autorizado por: Angela M Webb, MD | | | | | |
| **\* budesonide** 0.5 mg/2 mL nebulizer suspension<br>También conocido como: PULMICORT<br>Take 2 mL by nebulization daily.<br>Autorizado por: Lily Rubin, DO | | | | | |
| **\* budesonide** 0.5 mg/2 mL nebulizer suspension<br>También conocido como: PULMICORT<br>Take 2 mL by nebulization 2 (two) times a day.<br>Autorizado por: Angela M Webb, MD | | | | | |
| **ibuprofen** 100 mg/5 mL suspension<br>También conocido como: ADVIL;MOTRIN<br>Take 100 mg by mouth. | | | | | |

⊕ \* Esta lista contiene medicamentos que son iguales a otros medicamentos recetados para usted. Lea las instrucciones con cuidado y pida a su personal médico que revise la lista de medicamentos y las instrucciones correspondientes con usted.

# Dónde recoger sus medicamentos

**Recoja estos medicamentos en CVS/pharmacy #0992 403 ATLANTIC AVENUE, FREEPORT, NY 11520 516-378-9720 516-378-0710**

acetaminophen

| | |
|---|---|
| Dirección: | 403 ATLANTIC AVENUE, FREEPORT NY 11520 |
| Teléfono: | 516-378-9720 |

---

# NYU Langone Health App & MyChart

**MyChart en NYU Langone le permite enviar un mensaje seguro al consultorio de su médico, ver los resultados de sus pruebas, renovar recetas médicas, programar consultas, realizar pagos y más. Para ver su cuenta, ingrese a https://mychart.nyulmc.org.**

---


## Cómo cuidar la incisión de su hijo

Será necesario que usted ayude a cuidar la incisión de su hijo después de una operación y ciertos procedimientos médicos. El proveedor de atención médica de su hijo cerró la incisión con puntos (suturas), tiras especiales de cinta quirúrgica (Steri-Strips), grapas quirúrgicas o pegamento quirúrgico de piel. Siga los consejos de esta hoja para ayudar a detener el sangrado, acelerar la curación y prevenir una infección en la incisión de su hijo.

## Tipos de cierres de la incisión



Suturas     Tiras Steri-Strip     Grapas

- **Los puntos quirúrgicos (suturas).** Se aplican cosiendo los bordes de una incisión entre sí con hilo quirúrgico. Estos puntos pueden ser absorbibles o no absorbibles. Las absorbibles se desintegran en el cuerpo con el paso del tiempo. El proveedor de atención médica tiene que quitar los puntos no absorbibles.
- **Cinta quirúrgica (tiras steri-strip).** Están hechas de un material pegajoso (adhesivo) que ayuda a mantener unidos los bordes de una incisión.
- **Las grapas quirúrgicas.** Están hechas de acero o titanio. Generalmente, se las utiliza para cerrar incisiones de poca profundidad. Estas grapas no se usan en ciertas partes del cuerpo, tales como la cara y las manos. Esto se debe a que estas zonas tienen nervios cerca de la superficie.
- **El pegamento de piel.** Es un líquido especial que forma una unión fuerte entre los tejidos de una incisión o un corte (laceración). El pegamento de piel se usa para cerrar cortes o incisiones menores. Evita que la humedad y las bacterias entren en el corte o la incisión.

## Cuidados en el hogar

- Lávese siempre las manos antes de tocar la incisión de su hijo.
- Mantenga la incisión de su hijo limpia, seca y alejada del agua. Si el niño es mayor, dígale que mantenga la incisión fuera del agua.
- Indíquele a su hijo que no se quite las costras. Estas ayudan a proteger la herida.
- Es recomendable que su hijo tome baños de esponja para evitar que la incisión se moje, a menos que su proveedor de atención médica le dé instrucciones distintas. Se puede lavar la zona alrededor de la incisión. Sin embargo, no se debe aplicar agua directamente sobre la incisión.
- Seque la zona de los puntos si se moja. No restriegue.

- Inspeccione la zona de la incisión todos los días para detectar dolor, enrojecimiento, secreción, hinchazón o separación de los bordes del corte.
- Si su hijo tiene un vendaje sobre la incisión, déjela en su lugar hasta que le indiquen quitarlo o cambiarlo. Con las manos limpias, cambie el vendaje siguiendo las indicaciones del proveedor de atención médica de su hijo. Lávese siempre las manos antes de cambiar el vendaje de su hijo.
- Asegúrese de que la ropa que entra en contacto con la incisión sea suelta, para evitar rozaduras. Si la incisión está en la cabeza, evite que su hijo se la cubra con gorras u otras prendas que pudiesen rozar la incisión.
- No deje que su hijo participe en juegos bruscos, deportes de contacto o actividades físicas, ya que si lo hace puede correr el riesgo de que se le abra la incisión.
- Asegúrese de que su hijo evite hacer actividades que podrían llevar a que suciedad o sudor entren en la incisión o la cubran.
- A medida que cicatriza la incisión de su hijo, es posible que la piel tome una coloración rosada o roja. También es posible que parezca ligeramente abultada o elevada al tacto. A esto se le llama cresta de cicatrización. Con el tiempo, el color debería desaparecer y la elevación de la piel se notará menos.

## Cuidado para cada cierre específico

Siga esta guía a menos que el proveedor de atención médica de su hijo le dé otras instrucciones:

- **Suturas o grapas.** Una vez que ya no sea necesario mantenerlas secas, limpie la incisión o herida de su hijo todos los días. Primero quite el vendaje con las manos limpias. Luego, lave la zona suavemente con agua tibia y jabón. Use un hisopo de algodón humedecido para aflojar y quitar la sangre o la costra que se forma. Después de limpiar, aplique una capa fina de pomada con antibiótico. Luego coloque un vendaje nuevo.
- **Pegamento de piel.** No coloque líquidos, pomadas ni cremas sobre la incisión o herida de su hijo mientras el pegamento esté en su lugar. Evite las actividades que provocan mucho sudor. Proteja la incisión o herida de la luz solar. No rasque, frote ni toque la zona con pegamento. No coloque cinta directamente sobre el pegamento. El pegamento quirúrgico debe caerse por sí solo en cinco a diez días.
- **Cinta quirúrgica.** Mantenga seca la incisión o la herida de su hijo. Si se moja, séquela con una toalla limpia sin frotarla. La cinta quirúrgica suele caerse dentro de los siete a diez días. Si no se ha caído pasados los 10 días, comuníquese con el proveedor de atención médica de su hijo antes de quitarla usted mismo. Si le indican que debe quitarla, coloque aceite mineral o vaselina en una bola de algodón y frote suavemente la cinta hasta que se desprenda.

## Visitas de control

Asista a las visitas de control con el proveedor de atención médica de su hijo para consultarle durante cuánto tiempo debe permanecer con la sutura o las grapas. Regrese para que le quiten la sutura o las grapas. Si se utilizaron puntos solubles, no será necesario quitarlos. Por lo general, los puntos se caen o se disuelven solos.

Si se utilizaron cintas, puede quitárselas usted mismo cuando el proveedor de atención médica de su hijo se lo indique, en caso de que todavía no se hubiesen desprendido solas. Si se utilizó pegamento para piel para cerrar la incisión de su hijo, el pegamento se eliminará solo.

## Cuándo llamar a su proveedor de atención médica

Consulte Inmediatamente con el proveedor de atención médica de su hijo si el niño presenta cualquiera de los siguientes síntomas:

- Más dolor, enrojecimiento, hinchazón, sangrado o supuración con mal olor alrededor de la zona de la incisión
- Fiebre de 100.4 °F (38 °C) o más alta, o según le indique el proveedor de atención médica de su hijo.
- Escalofríos con temblores
- Vómitos o náuseas persistentes
- Entumecimiento, frío u hormigueo alrededor de la incisión o cambios del color de la piel
- Abertura de las suturas o herida
- Caída de las suturas o las grapas o la cinta quirúrgica antes de los 7 días, o según las indicaciones de su proveedor de atención médica

© The StayWell Company, LLC. 800 Township Line Road, Yardley, PA 19067. Todos los derechos reservados. Esta información no pretende sustituir la atención médica profesional. Sólo su médico puede diagnosticar y tratar un problema de salud. Esta información ha sido modificada por su proveedor de atención médica con la debida autorización de los editores.

# Post Sedation Instructions

## After Procedural Sedation or General Anesthesia: Caring for Your Child at Home

Today your child had special medicine (sedation or anesthesia) to sleep during a medical procedure or surgery. At home, your child may still be drowsy or sleepy. Here are some ways you can support your child after procedural sedation or anesthesia:

## 1. Procedural Sedation or Anesthesia takes some time to fully wear off. For your child's safety, for the first 24 hours please:

- Make sure an adult watches (supervises) your child at all times. This is especially important when your child gets up and walks around. Your child should also be checked frequently while sleeping.
- Check your child often while they are sleeping to make sure they are not having breathing problems.
- Do not leave your child alone in a car seat. If your child does fall asleep in a car seat, make sure an adult watches your child at all times to make sure he or she does not have breathing problems.
- Make sure your child avoids hard (strenuous) activities such as running, jumping, swimming and playing sports.
- Make sure your child avoids activities that require physical skill (coordination) such as biking, climbing and playing on swings or a jungle gym.
- Support your child with quiet activities such as reading or drawing. Rest is healing.

## 2. Feed your child lightly today.

- Make sure your child is alert and wide awake before eating or drinking.
- Give your child small meals throughout the day. This will help prevent a sick stomach (nausea) and throwing up (vomiting).
- Give your child lots of liquids. Sedation and anesthesia can cause dryness.
- Start by giving your child clear liquids such as water or apple juice. Slowly increase foods until your child is eating a regular diet.

## 3. Go to the nearest Emergency Department if your child:

- Has trouble breathing.
- Has trouble peeing (urinating) or is unable to pee for 8 hours after going home from the hospital.
- Feels weak and dizzy.
- Has a lot of bleeding/drainage at the surgical incision (site).

## 4. Call your child's surgeon if your child:

- Is in pain and the pain medication (prescribed by the surgeon) is not helping.
- Is nauseous or vomiting and these symptoms do not go away.
- Is unable to eat or drink.
- Is very sleepy (drowsy) or hard to wake up.
- Has a fever over 101° F.

**If you have concerns outside of regular office hours (9am-5pm), please call your child's surgeon and leave a message with the answering service. A doctor will call you back.**

**If you have any questions about this information, please a member of the team. We are here to help.**

Created in partnership with families and expertise from our Sala Institute for Child and Family Centered Care

© 2000-2023. The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions. This information has been modified by your health care provider with permission from the publisher.

**My Numbers:**
If your A1C is higher than 7 percent, please talk to your doctor about going over your diabetes treatment plan.

| A1C | No results found for: "HGBA1C" |
|---|---|

# Resultados Críticos Las últimas 24 Horas
**\*\* No results found for the last 72 hours. \*\***

# Access to Clinical Notes and Test Results
Acceso a las Notas Clínicas y a los Resultados de las Pruebas

En NYU Langone Health, creemos que compartir información ayuda a los pacientes a desempeñar un papel activo en su salud. A favor de eso, las notas clínicas y los resultados de las pruebas están disponibles para los pacientes en MyChart y en la NYU Langone Health App, ni bien estén disponibles. Esto es en concordancia con la 21st Century Cures Act, que busca darle a los pacientes y a sus proveedores de salud el acceso seguro a la información de salud. (www.healthit.gov/curesrule)

Esto significa que un paciente puede ver los resultados de las pruebas antes que su proveedor de atención médica. Si efectivamente accede a los resultados de sus estudios de inmediato, tenga en cuenta que puede ser difícil interpretar algunos resultados sin la guía de un médico. Todos los resultados serán revisados por los miembros de su equipo de atención. Seguirán haciendo un seguimiento y respondiendo a sus preguntas como lo han hecho en el pasado.

# Pruebas sin los resultados
**Ninguno/a**

# Vacunas
Administradas en esta admisión:
None

# Alergias
A partir del: 7/14/2023
No tiene alergias conocidas

**Si considera que parte de la información incluida en este resumen es incorrecta, hable con su proveedor de atención médica.**

# Información Sobre la Seguridad del Medicamento
Es importante llevar un registro actualizado de los medicamentos que toma, y asistir con esta lista de medicamentos actualizada cada vez que visite a su proveedor de atención médica y cuando asista al hospital. Queremos ayudarlo a administrar sus medicamentos de manera segura después de su visita o alta hospitalaria. Esto incluye los posibles efectos secundarios de sus medicamentos. Si tiene alguna pregunta acerca de los medicamentos que toma, comuníquese con su proveedor de atención médica o con su farmacéutico.

# Cómo buscar un médico en NYU Langone Health

Como uno de los principales centros médicos académicos de la nación, NYU Langone Health se dedica a la excelencia en la atención a pacientes, la educación y la investigación. Nos enorgullece que nuestro equipo de atención esté conformado por los especialistas más destacados para cada afección.

Si necesita ayuda para buscar un médico o un servicio, visite nuestro sitio web en https://nyulangone.org/doctors.

Para comunicarse con nosotros por teléfono, llame a estos números:
NYU Langone Physician Referral Services: (855) 314-2978
NYU Langone Orthopedic Hospital: (888) 453-3627
Family Health Centers en NYU Langone: (718) 630-7942

Los recursos adicionales incluyen los siguientes:

National Suicide Prevention Hotline (Línea directa nacional de prevención del suicidio): **988 or chat 988lifeline.org**
NYC Suicide Hotline (Línea directa sobre suicidio de la Ciudad de Nueva York):     **(888) 692-9355**

# ¿Tiene preguntas sobre sus facturas?

Nuestro médico y los representantes del Servicio al Cliente del hospital están disponibles para responder cualquier pregunta sobre la facturación:  https://nyulangone.org/insurance-billing-financial-assistance

Facturación del médico : 1 - 877 – 648 - 2964
Facturación del hospital: 1 - 800 – 237 -6977

# Servicio de Asesoramiento Financiero de NYU

Los asesores financieros para el paciente se encuentran disponibles para analizar cualquier responsabilidad financiera pendiente que no esté cubierta por el seguro. Los asesores financieros pueden ayudarlo a solicitar programas patrocinados por el gobierno o el programa de asistencia financiera de NYU Hospitals Center.

Ubicación:    Skirball Institute lobby, frente al cajero, Tisch Hospital
Horario: de lunes a viernes, de 9:00 a. m. a 5:00 p. m.
Teléfono gratuito: 1-866-486-9847

Los asesores financieros para el paciente se encuentran disponibles para analizar cualquier responsabilidad financiera pendiente que no esté cubierta por el seguro. Los asesores financieros pueden ayudarlo a solicitar programas patrocinados por el gobierno o el programa de asistencia financiera de NYU Langone Hospitals.

Ubicación:    150 55th Street, Suite 2-40m
NYU Langone Hospital—Brooklyn
Horario: de lunes a viernes, de 9:00 a. m. a 5:00 p. m.
Teléfono gratuito: 1-718-630-6525

# ⊞ Patient Belongings

| Flowsheet Row | Most Recent Value |
|---|---|
| Assistive device(s) | None |
| Quantity of stored belongings bags | 1 |
| Location of belongings bags | with mom |

# Firmas

Firma del paciente: _____

Fecha: _____ Hora: _____

Firma del clínico que otorga el alta hospitalaria_____Cargo: _____

Nombre del clínico que otorga el alta hospitalaria, en letra de imprenta _____

Fecha: _____ Hora: _____

# AFTER VISIT SUMMARY

 

**Diego A. Ruano Oliva** Date of birth: 12/26/2021

📅 7/14/2023   ♀ NYU Langone Hospital Long Island - Ambulatory Surgery Unit   📞 516-663-2995

## Instructions

 **Discharge Instructions**
   Please keep ear dry for 48 hours, after which you can allow warm water to run over the incision
Follow up in 1 week
Tylenol and motrin for pain
Please call office if there is significant swelling, bleeding, purulent discharge, ear discoloration

 **Your medications have changed**

➡ START taking:
   **acetaminophen (TYLENOL)**

**Review your updated medication list below.**

## Your Next Steps

###  Do

☐ Pick up these medications from CVS/pharmacy #0992 403 ATLANTIC AVENUE, FREEPORT, NY 11520 516-378-9720 516-378-0710
   • acetaminophen

###  Read

☐ Read these attachments
   • INCISION, CARING FOR YOUR CHILD'S (ENGLISH)

###  Go

SEP **Follow Up Appointment** 2:00 PM
19  Angela M Webb, MD
NYU Langone Children's Ambulatory Care Center - Mineola
120 Mineola Boulevard
Suite 210
Mineola NY 11501-1502
516-663-4600

Arrive 15 minutes prior to appointment.

## What's Next

**Follow up with Zahrah Taufique, MD in 1 week(s)**
Specialty: Otolaryngology, Pediatric

134 Mineola Blvd
MINEOLA NY 11501
516-294-9363

| SEP 19 | **Follow Up Appointment with Angela M Webb, MD**<br>Tuesday Sep 19, 2023 2:00 PM<br>Arrive 15 minutes prior to appointment. | NYU Langone Children's Ambulatory<br>Care Center - Mineola<br>120 Mineola Boulevard<br>Suite 210<br>Mineola NY 11501-1502<br>516-663-4600 |

# Medication List

ⓘ For your privacy, any medications your clinician marked as private are not included in this list. This message appears even if the list is complete. If you have any questions about a medication you don't see here, contact your doctor.

| | | Morning | Afternoon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|---|
| **START** ➡ | **acetaminophen** 160 mg/5 mL suspension<br>Last time this was given: Ask your nurse or doctor<br>Commonly known as: TYLENOL<br>Take 3.6 mL by mouth every 6 hours as needed for Mild pain (1-3) or Moderate pain (4-6).<br>Signed by: Zahrah Taufique, MD | | | | | |
| | **\* albuterol** 2.5 mg /3 mL (0.083 %) nebulizer solution<br>Commonly known as: PROVENTIL<br>Take 3 mL by nebulization every 4 hours as needed for Wheezing for up to 5 days.<br>Signed by: Angela M Webb, MD | | | | | |
| | **\* albuterol** 2.5 mg /3 mL (0.083 %) nebulizer solution<br>Commonly known as: PROVENTIL<br>Take 3 mL by nebulization every 4 hours as needed for Wheezing.<br>Signed by: Angela M Webb, MD | | | | | |
| | **\* budesonide** 0.5 mg/2 mL nebulizer suspension<br>Commonly known as: PULMICORT<br>Take 2 mL by nebulization daily.<br>Signed by: Lily Rubin, DO | | | | | |
| | **\* budesonide** 0.5 mg/2 mL nebulizer suspension<br>Commonly known as: PULMICORT<br>Take 2 mL by nebulization 2 (two) times a day.<br>Signed by: Angela M Webb, MD | | | | | |
| | **ibuprofen** 100 mg/5 mL suspension<br>Commonly known as: ADVIL;MOTRIN<br>Take 100 mg by mouth. | | | | | |

⚠ **\* This list has 4 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

# Where to pick up your medications

**Pick up these medications at CVS/pharmacy #0992 403 ATLANTIC AVENUE, FREEPORT, NY 11520 516-378-9720 516-378-0710**

acetaminophen

| | |
|---|---|
| Address: | 403 ATLANTIC AVENUE, FREEPORT NY 11520 |
| Phone: | 516-378-9720 |

---

# NYU Langone Health App & MyChart

- Download the NYU Langone Health app on the **App Store** or **Google Play** to stay connected to your care anytime and anywhere.
- Sign in with your NYU Langone Health MyChart account username and password.
- You can schedule appointments, view test results, request prescription refills, send secure messages to your providers, have a virtual urgent care visit, and more.

---

## Caring for Your Child's Incision

You will need to help care for your child's incision after surgery and certain medical procedures. To close an incision, your child's healthcare provider used stitches (sutures), special strips of surgical tape (steri-strips), surgical staples, or surgical skin glue. Follow the tips on this sheet to help stop bleeding, speed healing, and prevent infection of your child's incision.

## Types of incision closures



- **Surgical stitches (sutures).** These are placed by sewing the edges of an incision together with surgical thread. Stitches are either absorbable or non-absorbable. Absorbable stitches break down in the body over time. Non-absorbable stitches need to be removed by the healthcare provider.
- **Surgical tape (steri-strips).** This is is made of sticky (adhesive) material to help hold the edges of an incision together.
- **Surgical staples.** These are made of steel or titanium. They are often used to close shallow incisions. They are not used on certain body areas, such as the face and hands. This is because these areas have nerves that are close to the surface.
- **Skin glue.** This is a special liquid glue that forms a strong bond between the tissues of an incision or cut (laceration). Skin glue is used to close minor incisions or cuts. It keeps moisture and bacteria from getting into the cut or incision.

## Home care

- Always wash your hands before touching your child's incision.
- Keep your child's incision clean, dry, and out of water. Tell an older child to keep the incision out of water.
- Tell your child not to pick at the scabs. Scabs help protect the wound.
- Your child should take a sponge bath to prevent getting the incision wet, unless the healthcare provider tells you otherwise. It's OK to wash around the incision. But don't spray water right on it.
- Pat stitches dry if they get wet. Don't rub.
- Check the incision site daily for pain, redness, drainage, swelling, or separation of the incision edges.
- If your child has a bandage over the incision, leave it in place until you are told to remove it or change it. Using clean hands, change the dressing as directed by your child's healthcare provider. Always wash your hands before changing your child's bandage.
- Make sure any clothing that touches the incision is loose-fitting. This will prevent rubbing. If the incision is on the head, keep your child from wearing caps or other head coverings. These may rub against the incision.

- Keep your child from rough play, contact sports, or physical activities. This can put your child at risk of opening the incision.
- Make sure your child doesn't do things that could let dirt or sweat get in or on the incision.
- As your child's incision heals, the skin may look pink or red. It may also feel slightly bumpy or raised. This is called a healing ridge. Over time, the color should fade and the raised skin will become less noticeable.

## Care for specific closures

Follow these guidelines unless your child's healthcare provider tells you otherwise:

- **Stitches or staples.** Once your child no longer needs to keep these dry, clean the incision or wound daily. First remove the bandage using clean hands. Then wash the area gently with soap and warm water. Use a wet cotton swab to loosen and remove any blood or crust that forms. After cleaning, put a thin layer of antibiotic ointment on. Then put on a new bandage.
- **Skin glue.** Don't put liquid, ointment, or cream on your child's incision or wound while the glue is in place. Don't do activities that cause heavy sweating. Protect the incision or wound from sunlight. Don't scratch, rub, or pick at the glue. Don' t put tape right over the glue. The glue should peel off within 5 to 10 days.
- **Surgical tape.** Keep your child's incision or wound dry. If it gets wet, blot the area dry with a clean towel. Surgical tape usually falls off on its own within 7 to 10 days. If it has not fallen off after 10 days, contact your child's healthcare provider before taking it off yourself. If you are told to remove the tape, put mineral oil or petroleum jelly on a cotton ball. Gently rub the tape until it's removed.

## Follow-up care

Follow up with your child's healthcare provider to ask how long stitches or staples should be left in place. Return to have stitches or staples removed as directed. If dissolving stitches were used, these won't need to be removed. They should fall out or dissolve on their own.

If tape closures were used, remove them yourself when your child's healthcare provider tells you to if they have not fallen off on their own. If skin glue was used to close your child's incision, the glue will wear off by itself.

## When to call your healthcare provider

Call your child's healthcare provider right away if your child has any of these:

- More pain, redness, swelling, bleeding, or foul-smelling discharge around the incision area
- Fever of 100.4°F (38°C) or higher, or as directed by your child's healthcare provider
- Shaking chills
- Vomiting or nausea that doesn't go away
- Numbness, coldness, or tingling around the incision area, or changes in skin color
- Opening of the stitches or wound
- Stitches or staples come apart or fall out or surgical tape falls off before 7 days, or as directed by your healthcare provider

© The StayWell Company, LLC. 800 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions. This information has been modified by your health care provider with permission from the publisher.

# Post Sedation Instructions

## After Procedural Sedation or General Anesthesia:
## Caring for Your Child at Home

Today your child had special medicine (sedation or anesthesia) to sleep during a medical procedure or surgery. At home, your child may still be drowsy or sleepy. Here are some ways you can support your child after procedural sedation or anesthesia:

## 1. Procedural Sedation or Anesthesia takes some time to fully wear off. For your child's safety, for the first 24 hours please:

- Make sure an adult watches (supervises) your child at all times. This is especially important when your child gets up and walks around. Your child should also be checked frequently while sleeping.
- Check your child often while they are sleeping to make sure they are not having breathing problems.
- Do not leave your child alone in a car seat. If your child does fall asleep in a car seat, make sure an adult watches your child at all times to make sure he or she does not have breathing problems.
- Make sure your child avoids hard (strenuous) activities such as running, jumping, swimming and playing sports.
- Make sure your child avoids activities that require physical skill (coordination) such as biking, climbing and playing on swings or a jungle gym.
- Support your child with quiet activities such as reading or drawing. Rest is healing.

## 2. Feed your child lightly today.

- Make sure your child is alert and wide awake before eating or drinking.
- Give your child small meals throughout the day. This will help prevent a sick stomach (nausea) and throwing up (vomiting).
- Give your child lots of liquids. Sedation and anesthesia can cause dryness.
- Start by giving your child clear liquids such as water or apple juice. Slowly increase foods until your child is eating a regular diet.

## 3. Go to the nearest Emergency Department if your child:

- Has trouble breathing.
- Has trouble peeing (urinating) or is unable to pee for 8 hours after going home from the hospital.
- Feels weak and dizzy.

- Has a lot of bleeding/drainage at the surgical incision (site).

## 4. Call your child's surgeon if your child:

- Is in pain and the pain medication (prescribed by the surgeon) is not helping.
- Is nauseous or vomiting and these symptoms do not go away.
- Is unable to eat or drink.
- Is very sleepy (drowsy) or hard to wake up.
- Has a fever over 101° F.

**If you have concerns outside of regular office hours (9am-5pm), please call your child's surgeon and leave a message with the answering service. A doctor will call you back.**

**If you have any questions about this information, please a member of the team. We are here to help.**

Created in partnership with families and expertise from our Sala Institute for Child and Family Centered Care

© 2000-2023. The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions. This information has been modified by your health care provider with permission from the publisher.

**My Numbers:**
If your A1C is higher than 7 percent, please talk to your doctor about going over your diabetes treatment plan.

| A1C | No results found for: "HGBA1C" |
|-----|--------------------------------|

# Critical Results Last 24 Hours
**** No results found for the last 72 hours. ****

# Access to Clinical Notes and Test Results

At NYU Langone Health, we believe that sharing information supports patients taking an active role in their health. In support of this, clinical notes and test results are made available to patients in MyChart and the NYU Langone Health App, as soon as they are available. This is in accordance with the 21st Century Cures Act, which is intended to give patients and their healthcare providers secure access to health information. (www.healthit.gov/curesrule)

This means that a patient may see test results before their health care provider does. If you do access your test results right away, please keep in mind that some results may be hard to interpret without guidance from a health care professional. All results will be reviewed by members of your care team. They will continue to follow-up with you as they have done in the past.

# Unresulted Tests
**None**

# Immunizations Administered for This Admission
None

# Allergies as of 7/14/2023
No Known Allergies

**If you feel that any of the information in this summary is inaccurate, please talk with your healthcare provider.**

# Information About Medication Safety
It is important to keep an updated record of the medications you are taking, and to bring this updated list of medications every time you visit your Health Care Provider and when you come to the hospital. We want to help you in managing your medications safely after your visit or discharge. This includes the potential side effects of your medications. If you have any questions regarding the medications you are taking, please speak to your Health Care Provider or Pharmacist.

# Finding a Physician Within NYU Langone Health
As one of the nation's premier academic medical centers, NYU Langone Health is devoted to excellence in patient care, education, and research. We are proud that our care team includes leading specialists for every condition.

Should you need assistance finding a physician or service, please visit us on our website at https://nyulangone.org/doctors.

To reach us by phone:
NYU Langone Physician Referral Services – (855) 314-2978
NYU Langone Orthopedic Hospital – (888) 453-3627
Family Health Centers at NYU Langone – (718) 630-7942

Additional resources include:

If you or someone you know is struggling or in crisis, help is available. Call or text 988 or chat 988lifeline.org
NYC Suicide Hotline – **(888) 692-9355**

# Have questions about your bills?
Our physician and hospital customer service representatives are available to answer any billing questions: https://nyulangone.org/insurance-billing-financial-assistance
Physician Billing: 1 - 877 - 648 - 2964
Hospital Billing: 1 - 800 - 237 - 6977

# NYU Financial Counseling Service

Patient Financial Counselors are available to discuss any outstanding financial responsibilities not covered by insurance. Financial Counselors can assist you in applying for Government-sponsored programs or NYU Hospitals Center's Financial Assistance program.

Location:     Skirball Institute lobby, across from the cashier, Tisch Hospital
             Hours: Monday - Friday, 9:00 AM - 5:00 PM
             Toll Free Telephone: 1-866-486-9847

Patient Financial Counselors are available to discuss any outstanding financial responsibilities not covered by insurance. Financial Counselors can assist you in applying for Government-sponsored programs or NYU Langone Hospitals' Financial Assistance program.

Location:     150 55th Street, Suite 2-40
             NYU Langone Hospital—Brooklyn
             Telephone: 1-718-630-6252

# ⊞ Patient Belongings

| Flowsheet Row | Most Recent Value |
|---|---|
| Assistive device(s) | None |
| Quantity of stored belongings bags | 1 |
| Location of belongings bags | with mom |

# Signatures

Patient Signature: _____

Date: _____    Time: _____

Signature of Discharging Clinician _____ Title: _____

Printed Name of Discharging Clinician_____

Date: _____    Time: _____

516

Martin 724 7627

215 491 6959