UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

RUANO LEIVA, Elvin
aka RUANO ORELLANA, Elvin

                    Petitioner,                    Civil Action No.
                                                        No. 26-cv-1162

v.                                                 (Bulsara, J.)

CHRISTOPHER SHANAHAN, et. al.

                    Respondents.

---------------------------------------------------------------------x

### <u>**DECLARATION OF PATRICK HEEREY**</u>

Pursuant to 28 U.S.C. § 1745, I, Patrick Heerey, hereby declare under penalty of perjury that the

following its true and correct:

1.   I am a Deportation Officer ("DO") at U.S. Immigration and Customs Enforcement

("ICE") within the U.S. Department of Homeland Security ("DHS"). I have served in this

capacity since June 2009. As a DO, I am responsible for identifying and apprehending at-large

unlawfully present aliens.

2.   I have prepared this declaration in connection with a Petition for Writ of Habeas Corpus

filed by the petitioner, Elvin Ruano Leiva ("Petitioner"). Petitioner has been assigned the

following Alien Number: A 200-120-748. The following representations are based on my review

of ICE electronic records and databases maintained in the regular course of business,

consultation with my colleagues, and documentation relating to Petitioner.

3.   Petitioner is a native and citizen of Honduras.

4.   Petitioner unlawfully entered the United States on or about October 27, 2005, near

Brownsville, Texas. On that day, he was encountered by the U.S. Customs and Border Protection

("CBP"). CBP determined Petitioner had unlawfully entered the United States at a time and place other than as designated by the Secretary of Homeland Security. He was arrested and transported to the Brownsville Border Patrol Station for processing.

5. When processed on October 27, 2005, Petitioner informed CBP that his name was Elvin Ruano Orellana and he was a citizen and national of Guatemala.

6. Also on October 27, 2005, his fingerprints were taken and input into the Integrated Automated Fingerprint Identification System (IAFIS) and Automated Biometric Identification System (IDENT) database. His fingerprints were given identification number: FIN# 17926465. Attached as Exhibit A is the Record of Deportable/Inadmissible Alien dated October 28, 2005.

7. On October 28, 2005, CBP personally served Petitioner a Notice to Appear ("NTA"), charging him as inadmissible under Immigration and Nationality Act ("INA") § 212(a)(6)(A)(i), 8 U.S.C. § 1182(a)(6)(A)(i), as an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than designated by the Attorney General. The NTA advised Petitioner to appear before the Immigration Judge at the courthouse located at 201 East Jackson Street, Harlingen, Texas 78550 on March 30, 2006. Attached as Exhibit B is the NTA.

8. On that same day, CBP released petitioner on his recognizance pursuant to the Notice of Custody Determination (Form I-286). The Notice of Custody Determination is attached as Exhibit C. Petitioner was also served with an Alien Change of Address Form/Immigration Court, Form EOIR-33/IC. Petitioner signed all the immigration documents using the name Elvin Ruano Orellano.

9. On March 30, 2006, Petitioner failed to appear for his initial master calendar hearing before the Immigration Court. The Immigration Judge sustained the charge of removability and

ordered the Petitioner removed to Guatemala. Attached as Exhibit D is the March 30, 2006 Immigration Court decision.  Petitioner did not appeal the removal order.

10. According to ICE records, on January 13, 2019, Petitioner was arrested by the Freeport Village Police Department, in Freeport, New York and charged with Driving While Under the Influence of Liquor in violation of the Vehicle and Traffic Law ("VTL") § 1192(3) and Operation of Motor Vehicle with .08 of 1% Alcohol or More in Blood in violation of VTL § 1192(2). Petitioner was convicted of Driving under the Influence of Liquor.

11. On February 27, 2026, Enforcement Removal Operations' Long Island Fugitive Operations Team, along with CBP encountered Petitioner during an enforcement action while searching for a different person.  Petitioner, observed in a motor vehicle, matched the physical description of the primary target. Officers conducted a vehicle stop, and after identifying themselves, Petitioner provided them with a Honduran passport and New York State driver's license bearing the name Elvin Ruano Leiva.  Petitioner admitted he did not have lawful status in the United States.  Petitioner was arrested pursuant to Warrant for Arrest, Form I-200, and transported to ICE Offices at 100 Carman Avenue, East Meadow, New York for processing. Attached as Exhibit E is the Warrant for Arrest.

12. During processing, his fingerprints were identified as a match to Elvin Ruano Orellana, the person encountered at the border on October 27, 2005. He was served with the Warrant for Arrest, Form I-200; Warning for Failure to Depart, Form I-229A; Warning to Alien Ordered Removed or Deported, Form I-294; Online Detainee Locator System Privacy Notice; Consular Notification Form; Nassau County Notice of Rights Form (Spanish version), and Warrant of Removal/Deportation, Form I-205.  Attached as Exhibit F is the Record of Deportable/ Inadmissible Alien dated February 27, 2026.

13. On February 27, 2026, Petitioner was transferred to the Nassau County ICE Intake facility. On that same day, at approximately 1:45 p.m., he was booked into the Nassau County Correctional Center.

14. On February 27, 2026, ICE was informed of this Court's order enjoining transfer of the Petitioner outside of the jurisdiction of the Eastern District of New York ("EDNY") and the Southern District of New York ("SDNY").

15. On February 28, 2026, at 3:10pm, ICE's counsel incorrectly relayed to ERO that the order limited transfer to SDNY, EDNY, or the District of New Jersey rather than just SDNY and EDNY.

16. On February 28, 2026, at approximately 5:17 p.m., Petitioner was booked out of Nassau County Correctional Center and transferred to Delaney Hall Detention Facility in Newark, New Jersey. At approximately 8:40 p.m., Petitioner was booked into Delaney Hall Detention Facility.

17. On March 1, 2026, at approximately 9:45am, ICE's counsel noticed the error and immediately informed ERO.

18. On March 1, 2026, at approximately 11:09 a.m., Petitioner was booked out of Delaney Hall Detention and transferred to 26 Federal Plaza's NYC Hold Room in New York, New York.

19. On March 1, 2026, at noon, Petitioner was booked into 26 Federal Plaza. As of the filing of this declaration, Petitioner remains detained at this location.

20. Petitioner is being detained pursuant to INA 241(a)(1)(A), 8 U.S.C. § 1231.

I hereby declare under the penalty of perjury that the above statements are true and correct.

Executed at New York, New York
This ___2nd___ day of March 2026.

PATRICK J HEEREY
Digitally signed by PATRICK J HEEREY
Date: 2026.03.02 08:47:31 -05'00'

Patrick Heerey
Deportation Officer
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security