| Family Name (CAPS) | First | Middle | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|
| RUANO-Orellana, Elvin | | | | M | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | Case No: BRP0610001065 File Number A200 120 748 | Height | Weight | Occupation | |
|---|---|---|---|---|---|---|
| GUATEMALA | | | 67 | 125 | LABORER | |

**U.S. Address**
FAILED TO PROVIDE ADDRESS

Scars and Marks: **See Narrative**

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | |
|---|---|---|---|
| 10/27/2005, 2100, 16 mile(s) W of BRO, PWA MEXICO/AFOOT | | 453038KC9 | ☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| ALDEA LOS PLANES LOS AMATES, IZABAL GUATEMALA | PB 518.3 |

| Date of Birth | Date of Action | Location Code | At/Near Brownsville, Texas | Date/Hour |
|---|---|---|---|---|
| Redacted /1986 Age: 19 | 10/28/2005 | MCA/BRP | | 10/27/2005 2200 |

| City, Province (State) and Country of Birth | AR ☒ | Form: (Type and No.) | Lifted ☐ | Not Lifted ☐ | By |
|---|---|---|---|---|---|
| LOS AMATES, IZABAL, GUATEMALA | | | | | BENJAMIN LUJAN |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | PWA Mexico | TRAVEL/SEEKING |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | AT ENTRY |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE - See Narrative | None known |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | |

| Father's Name, Nationality, and Address, if Known  Nationality: GUATEMALA | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| RUANO, Alfredo ALDEA LOS PLANES LOS AMATES, IZABAL GUATEMALA | ORELLANA, Andres ALDEA LOS PLANES LOS AMATES, IZABAL GUATEMALA |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? Yes ☒ No ☐ | INS Systems Checks See Narrative | Charge Code Word(s) I6A |
|---|---|---|---|

| Name and Address of (Last)/(Current) U.S. Employer | Type of Employment | Salary Hr. | Employed from/to / /    / / |
|---|---|---|---|

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN #: 17926465

SCARS, MARKS AND TATTOOS
None Visible

MOTHER'S NATIONALITY
GUATEMALA

FUNDS IN POSSESSION
170.00    United States Dollar ~~ZERO~~

INS SYSTEMS CHECKS
Central Index System Negative
Computer Linked Application Information Management System Negative
Deportable Alien Control System Negative
Integrated Automated Fingerprint Identification System Negative
National Crime Information Center Negative
Student and Exchange Visitor Information System Negative
Treasury Enforcement Communications System Negative

Narrative Title: Record of Deportable/Excludable Alien
Narrative Created by GAMEZ

| | |
|---|---|
| Alien has been advised of communication privileges. _M_ 10/28/05 (Date/Initials) | MARCO A. GAMEZ BORDER PATROL AGENT (Signature and Title of INS Official) |

| Distribution: TO FILE MCA BRP | Received: (Subject and Documents) (Report of Interview) Officer: MARCO A. GAMEZ on: October 28, 2005 at 0237 (time) Disposition: Warrant of Arrest/Notice to Appear Examining Officer: MARK WILSON |
|---|---|

Form I-213(Rev.4/1/97)Y

| Alien's Name | File Number<br>Case No: BRP0610001065 | Date |
|---|---|---|
| RUANO-Orellana, Elvin | A200 120 748 | 10/28/2005 |

WATCH-LIST NEGATIVE

**Encounter & Arrest Data:**
On October 27, 2005, Agent Lujan was dispatched and responded to a call concerning three individuals from the River Bend Resort. Agent Lujan arrived to the area of concern and encountered the individuals in question. The three individuals were wet and muddy and were less than 500 yards away from the Rio Grande River. Agent Lujan presented himself as a Border Patrol Agent to the subjects and conducted and immigration inspection of the subjects. All subjects voluntarily admitted to being illegally present in the United States. They further stated that they had no documents to be in or remain legally in the United States. The individuals were given their administrative rights as per Service form I-826 and were then transported to the Brownsville Border Patrol Station for processing.

In processing, RUANO-Orellana, Elvin (A200 120 748) voluntarily admitted to being a citizen and national of Guatemala without having any documents to be in or remain in the United States legally. Subject's fingerprints were then input into the IDENT/IAFIS search only database. No prior encounters with the Border Patrol were found. Subject was then read his administrative rights via service form I-826 by agent M. Gamez. Subject understood all that was read to him and signed indicating so. Subject was enrolled into the ENFORCE database and was processed for a WA/NTA by Agent Gamez.

**Entry Data:**
Subject is a native and citizen of Guatemala by birth. Subject last entered the United States on October 27, 2005 by wading the Rio Grande River from Mexico approximately 16 miles West of the Gateway Port of Entry in Brownsville, Texas. An Immigration Officer of the United States did not then inspect subject.

**Travel Data:**
Subject departed his native country of Guatemala on or about 09/25/2005. Subject entered Mexico illegally and subject does not have any ties to any special interest countries. Subject was questioned about the KAIBILES. Subject stated that he has no ties, has had no contact, and has no information concerning the group.

**Record Checks:**
Immigration and Criminal record checks were negative.

FORMS EXECUTED: I-862, I-826, I-213, I-831, I-826, I-217, FD-249, R-84. Subject was also provided with a list of free legal services as prescribed by law.

**Disposition:**
Subject was set up as a WA/NTA but due to the PISPC not having space to house the subject, he was issued an NTA. Camp space at PISPC was denied @ 0030 hours by SIEA Conde. Subject was served with a copy of all forms necessary to effect a NTA including a list of legal services.

| Signature<br>MARCO A. GAMEZ | Title<br>BORDER PATROL AGENT |
|---|---|

Form I-831 Continuation Page (Rev. 6/12/92)