# Exhibit C

# Notice of Custody Determination

**Elvin RUANO-Orellana**

FAILED TO PROVIDE ADDRESS

'

**Case No:** BRP0610001065
File No: A200 120 748

Date: 10/28/2005

**FIN #:** 17926465

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that pending a final determination by the immigration judge in your case, and in the event you are ordered removed from the United States, until you are taken into custody for removal, you shall be:

☐ detained in the custody of this Service.

☐ released under bond in the amount of $_____.

☒ released on your own recognizance.

☐ You may request a review of this determination by an immigration judge.

☐ You may not request a review of this determination by an immigration judge because the Immigration and Nationality Act prohibits your release from custody.

FRANCISCO G. RODRIGUEZ
*(Signature of authorized officer)*

SUPERVISORY BORDER PATROL AGENT
*(Title of authorized officer)*

BROWNSVILLE, TEXAS
*(INS office location)*

☐ I do   ☐ do not request a redetermination of this custody decision by an immigration judge.

☒ I acknowledge receipt of this notification.

X Elvin Ruano Orellana
*(Signature of respondent)*

10/28/05
*(Date)*

---

## RESULT OF CUSTODY REDETERMINATION

On _____, custody status/conditions for release were reconsidered by:

☐ Immigration Judge        ☐ District Director        ☐ Board of Immigration Appeals

The results of the redetermination/reconsideration are:

☐ No change - Original determination upheld.          ☐ Release-Order of Recognizance
☐ Detain in custody of this Service.                  ☐ Release-Personal Recognizance
☐ Bond amount reset to _____               ☐ Other: _____

_____
*(Signature of officer)*