| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| RUANO LEIVA, ELVIN | | | M | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| HONDURAS | | CIP2602000355 200 120 748 | 69 | 170 | CONSTRUCTION |

**U.S. Address:** Redacted NEW YORK, 11520, UNITED STATES

**Scars and Marks:** See Narrative

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at |
|---|---|
| 10/27/2005 Unknown Time, BRO, WI-Without Inspection | |

**F.B.I. Number:** 453038KC9

☐ Single ☐ Divorced ☒ Married ☐ Widower ☐ Separated

**Number, Street, City, Province (State) and Country of Permanent Residence**

**Method of Location/Apprehension:** NCA

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|
| Redacted /1988   Age: 37 | 02/27/2026 | CIP/NYC | See I-831 | 02/27/2026 10:37 |

| City, Province (State) and Country of Birth | AR ☒ Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|
| HONDURAS | | SPIRO VANDOROSP6735 HEEREY |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | | |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | See Narrative |

| Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | 1-UNITED STATES |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| RUANO, ALFREDO NATIONALITY: HONDURAS | LEIVA, AMPANO NATIONALITY: HONDURAS |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | | See Narrative |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| See Narrative | Employee | Hr | 01/27/2022 |

**Narrative** (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN: 17926465

Left Index fingerprint      Right Index fingerprint

**FAMILY INFORMATION**
--------------------
Father:RUANO, ALFREDO is a citizen of HONDURAS.
Mother:LEIVA, AMPANO is a citizen of HONDURAS.
Spouse:Subject is not married.
Son Redacted is a citizen of UNITED STATES.

**OTHER ALIASES KNOWN BY:**
--------------------
Ruano Orellana, ELVIN ...(CONTINUED ON I-831)

| Alien has been advised of communication privileges | *BAR* 02/27/26 (Date/Initials) | B 10334 RODRIGUEZ Deportation Officer (Signature and Title of Immigration Officer) |
|---|---|---|

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| WF | Officer: B 10334 RODRIGUEZ |
| | on: February 27, 2026 (time) |
| | Disposition: Bag and Baggage |
| | Examining Officer: LANGLOIS, J 6827 |

Form I-213 (Rev. 08/01/07)

| Alien's Name<br>RUANO LEIVA, ELVIN | File Number<br>200 120 748<br>Event No: CIP2602000355 | Date<br>02/27/2026 |
|---|---|---|

SCARS MARKS AND TATTOOS
-------------------------
None Indicated - NON-INDICATED

SUBJECT HEALTH STATUS
-----------------------
The subject claims good health.

CURRENT ADMINISTRATIVE CHARGES
------------------------------
02/27/2026 - 212a6Ai - ALIEN PRESENT WITHOUT ADMISSION OR PAROLE - (PWAs)

RECORDS CHECKED
-----------------
CIS checked on 02/27/2026 with Positive result.CLAIM checked on 02/27/2026 with Negative result.IAFIS checked on 02/27/2026 with Positive result.NCIC checked on 02/27/2026 with Negative result.EARM checked on 02/27/2026 with Positive result.TECS checked on 02/27/2026 with Positive result.

NAME AND ADDRESS OF US EMPLOYER
--------------------------------
DOCKS UNLIMITED, 3 ROSE STREET FREEPORT, NEW YORK, 11520, UNITED STATES

ARRESTED AT/NEAR
------------------
499 S MAIN ST, FREEPORT, NEW YORK, 11520, UNITED STATES

RECORD OF DEPORTABLE/EXCLUDABLE ALIEN:
----------------------------------------
The officer preparing this document was not involved in the arrest and was assigned to process the arrest. The A-file associated with this arrest was not available for review at the time of arrest processing; all information contained herein was reported by the arresting officer(s) and/or obtained through a review of available electronic databases and computerized systems queries.

ARREST:
On Friday, February 27, 2026, at approximately 0730hrs, Long Island Fugitive Operations, with CBP and IRS assistance, arrested Elvin RUANO Leiva (A# 200120748; DOB: Redacted/1988; COB: Honduras), pursuant to an I-200 Warrant of Arrest. At approximately 0720hrs, officers observed a person matching the physical description of the primary target (A Redacted Redacted Redacted Leiva) exit 619 S. Main St. Freeport, NY, and drive off in a vehicle. Officers conducted a vehicle stop in the vicinity of 499 S. Main St., Freeport, NY. Officers, in high visibility markings that said "POLICE", "ERO", "ICE", identified themselves as officers with Immigration Customs Enforcement and asked for ID. The person provided officers with a Honduran passport and NYS driver license bearing the name and DOB above. Record checks yielded no results, but RUANO Leiva claimed to be a citizen and national of Honduras with no lawful status in the United States. Officers determined RUANO Leiva was illegally present in the US, informed him that he was under arrest due to being illegally present in the US, and transported him to 100 Carman Ave., East Meadow, NY for processing.
PREVIOUS IS ARRESTING/CASE OFFICERS NARRATIVE OF ARREST.

ALIENAGE:
ELVIN RUANO LEIVA is not a citizen or national of the United States. ELVIN RUANO LEIVA stated that he is a native and citizen of HONDURAS and made no claims of United States Citizenship or Lawful Permanent Resident status of the United States. Record queries

| Signature<br>B 10334 RODRIGUEZ | Title<br>Deportation Officer |
|---|---|

Form I-831 Continuation Page (Rev. 08/01/07)

| Alien's Name<br>RUANO LEIVA, ELVIN | File Number<br>200 120 748<br>Event No: CIP2602000355 | Date<br>02/27/2026 |
|---|---|---|

revealed that ELVIN RUANO LEIVA, is a male citizen and national of HONDURAS, with no known derivation issues.

IMMIGRATION HISTORY:
On October 27,2005, ELVIN RUANO LEIVA, entered the United States illegally at an Brownsville, Texas. A Border Patrol Agent encountered this subject in the Mexico Border Patrol station Area of Responsibility. The subject admitted that they had unlawfully entered the United States of America from the United States of Mexico, at a time and place other than as designated by immigration officers of the United States of America.
On March 30, 2006, an Immigration Judge issued a Final Order Of Removal in Absentia as a result of subject failing to appear.
CRIMINAL HISTORY:
Driving Under Influence Liquor- Charged 01/13/2019- Disposition: Convicted.
HEALTH:
ELVIN RUANO LEIVA CLAIMS GOOD HEALTH.
CONSULAR NOTIFICATION:
ELVIN RUANO LEIVA was notified of their right to communicate with a Consular Officer from HONDURAS as per Article 36(1) (b) of the Vienna convention on Consular Relations. ELVIN RUANO LEIVA indicated they understood their right and chose NOT to have their consulate notified.

HUMANITARIAN:
ELVIN RUANO LEIVA offered a hot meal and bottled water.
ELVIN RUANO LEIVA was allowed to make a phone call to his wife Redacted at Redacted . The phone call lasted approximately 5 mins.

PROPERTY/FUNDS:
ELVIN RUANO LEIVA no funds were inventoried.
ELVIN RUANO LEIVA personal belongings were inventoried on DHS form G-589, form #1313640

DNA sample was collected by ICE/ERO: F4875137

INCENTIVIZED VOLUNTARY DEPARTURE:
ELVIN RUANO LEIVA is not eligible for IVD.

DISPOSITION:
ELVIN RUANO LEIVA was processed as a Bag and Baggage.  Forms Executed: I-205, DHS 1814, FD-249, I-213, NASSAU COUNTY NOTICE OF RIGHTS, and provided the Online Detainee Locator System (ODLS) Privacy Notice and a List of Pro Bono Legal Service Providers and other supporting documents.


OTHER IDENTIFYING NUMBERS
------------------------------
ALIEN-200120748

| Signature<br>B 10334 RODRIGUEZ | Title<br>Deportation Officer |
|---|---|

Form I-831 Continuation Page (Rev. 08/01/07)