

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, NY 11201*

March 4, 2026

Honorable Sanket J. Bulsara
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

     Re:    *Ruano Leiva v. Shanahan et ano.*, No. 26-cv-01162 (SJB)

Dear Judge Bulsara:

    This Office represents Respondents in the above-captioned case. Attached please find a supplemental declaration making a correction to the declaration filed with the Court on Monday March 2, 2026. ECF No. 5-1.

    Thank you for the Court's time and attention to this matter.

                  Respectfully submitted,

                  JOSEPH NOCELLA, JR.
                  United States Attorney

        By:    */s/ Marika M. Lyons*
                  MARIKA M. LYONS
                  Assistant United States Attorney
                  (718) 254-6484

cc: All Counsel of Record (by ECF)