UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
RUANO LEIVA, Elvin
aka RUANO ORELLANA, Elvin

                              Petitioner,                          Civil Action No.
                                                            No. 26-cv-1162
v.                                                            (Bulsara, J.)

CHRISTOPHER SHANAHAN, et. al.

                              Respondents.
-------------------------------------------------------------------x

## <u>DECLARATION OF PATRICK HEEREY</u>

Pursuant to 28 U.S.C. § 1745, I, Patrick Heerey, hereby declare under penalty of perjury that the

following its true and correct:

1.   I am a Deportation Officer ("DO") at U.S. Immigration and Customs Enforcement

("ICE") within the U.S. Department of Homeland Security ("DHS"). I have served in this

capacity since June 2009. As a DO, I am responsible for identifying and apprehending at-large

unlawfully present aliens.

2.   I have prepared this amended declaration in connection with a Petition for Writ of Habeas

Corpus filed by the petitioner, Elvin Ruano Leiva ("Petitioner").

3.   I filed a declaration with the Court on March 2, 2026. I am writing this supplemental

declaration to amend the declaration that was previously submitted.

4.   In my previous declaration I incorrectly stated that Petitioner was detained at 26 Federal

Plaza on March 2, 2026.

5.   I learned on March 3, 2026, that Petitioner was detained at Delaney Hall Detention

Facility ("Delaney Hall") in Newark, New Jersey on March 2, 2026.

1

6. On March 1, 2026, at approximately 11:09 am., Petitioner was booked out of Delaney Hall and transferred to 26 Federal Plaza's NYC Hold Room in New York, New York when it was realized by ICE that this Court's prior order limited detention to the Southern District of New York and Eastern District of New York and did not in fact include the District of New Jersey as the agency mistakenly believed.

7. On the morning of March 1, 2026, a notation was made by ERO managers in ICE's ENFORCE Alien Removal Module ("EARM") that the petitioner was not to be moved outside of SDNY/EDNY.

8. On March 1, 2026, at approximately 11:45 am., Petitioner was booked into 26 Federal Plaza's Hold Room.

9. Unbeknownst to me prior to March 3, 2026, on March 1, 2026, the ICE overnight shift at 26 Federal Plaza made an error when reviewing the stay order and scheduled Petitioner to be transferred to Delaney Hall despite the Court's order and management notations to the contrary.

10. On March 1, 2026, Petitioner was booked out of 26 Federal Plaza's Hold Room around 9:23 PM and at approximately 10:30 PM, Petitioner was booked into Delaney Hall.

11. On the morning of March 2, 2026, I reviewed a draft of the initial declaration. At the time of that review, I was unaware of the transfer back to Delaney Hall and believed that the Petitioner was still at 26 Federal Plaza.

12. I signed the declaration on the morning of March 2, 2026, at approximately 8:47 AM. That morning, prior to signing, I checked EARM, which at the time still reflected Petitioner as being detained at 26 Federal Plaza.

13. I was unaware that Petitioner was transferred to Delaney Hall when signing the declaration as it was my understanding that the Petitioner was moved to 26 Federal Plaza specifically to move him out of the District of New Jersey.

14. On March 3, 2026, ICE realized its transfer mistake and immediately scheduled Petitioner to be transported back to 26 Federal Plaza.

15. On March 3, 2026, I was also notified that Petitioner was detained at Delaney Hall on March 2, 2026, contrary to what the EARM showed when I checked it on the morning of March 2, 2026, before 8:47 a.m.

I hereby declare under the penalty of perjury that the above statements are true and correct.

Executed at New York, New York
This 4th day of March 2026.

PATRICK J HEEREY
Digitally signed by PATRICK J HEEREY
Date: 2026.03.04 08:06:14 -05'00'

Patrick Heerey
Deportation Officer
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

3